12CV00822(AVC) March 13, 2013. The defendant has moved to strike the final sentence of paragraphs seven and twelve of the plaintiff's complaint. Fed. R. Civ. P. 12(f) states that the court "may strike from a pleading any redundant, immaterial, impertinent or scandalous matter." Generally, motions to strike "are not favored and will not be granted unless it is clear that the allegations in question can have no possible bearing on the subject matter of the litigation." Schramm v. Krischell, 84 F.R.D. 294, 299 (D. Conn. 1979). The court concludes that the defendant has adequately shown that the final sentence of paragraphs seven and twelve of the plaintiff's complaint meet this criteria. In addition to being sexually explicit, the lewd allegations at issue do not contribute to, or form the basis for, any claim brought by the plaintiff. Accordingly, the motion to strike is GRANTED.

SO ORDERED.

                                          /s/
                              Alfred V. Covello, U.S.D.J.